AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW LEON CHILCUTT,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-6428-Hunt |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 5, 2022 _____ in the county of _____ Broward _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destruction of United States Property. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Antonio D. Black, Inspector, FPS
*Printed name and title*

Sworn to and subscribed before me telephonically.

Date: _____ 09/06/2022 _____

_____
*Judge's signature*

City and state: _____ Fort Lauderdale, Florida _____

Patrick M. Hunt, United States Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Antonio D. Black, being duly sworn, do hereby depose and state:

### INTRODUCTION AND BACKGROUND

1.      I am an Inspector employed with the Federal Protective Service (FPS) of the United States Department of Homeland Security in Miami, Florida, and have been so employed since March of 2020.   I am currently assigned to Region 4, Miami, Florida.   My current responsibilities and duties include the investigation and enforcement of laws and regulations to include protection of federal property and federal personnel.

2.      As an FPS Inspector, I have participated in investigations regarding offenses related to threats to federal facilities and federal employees, and damage and destruction to federal property, including federal buildings.

3.      I submit this affidavit in support of a criminal complaint charging MATTHEW LEON CHILCUTT ("CHILCUTT") with destruction of United States property, in violation of Title 18, United States Code, Section 1361.

4.      The information set forth in this affidavit is based upon my knowledge and the evidence gathered during the investigation.  This affidavit does not contain every fact that I have learned during the investigation, but instead has included only those facts which I believe establish the requisite probable cause.

### PROBABLE CAUSE

5.      The premises located at 299 East Broward Boulevard, Fort Lauderdale, Florida (hereinafter, the "Premises"), including the U.S. Federal Building and Courthouse located thereon (hereinafter, the "Courthouse"), is property of the United States.

6.      On September 5, 2022, the Courthouse was closed in observance of the Labor Day federal holiday and all public entrances to Courthouse were locked.

7.      At approximately 9:03 a.m. on September 5, 2022, CHILCUTT forced his way into the Courthouse by physically pulling and forcibly opening the locked doors at the main entrance of the Courthouse.  CHILCUTT's forcible entry into the Courthouse was captured on surveillance video at the Courthouse.

8.      While on the Premises, CHILCUTT willfully injured and committed a depredation against United States property, including smashing glass windows, breaking and destroying interior and exterior doors, causing water damage, and breaking and destroying other United States property located within the interior and exterior of the Courthouse.  Surveillance video at the Courthouse captured CHILCUTT damaging and destroying United States property, including smashing glass.

9.      While CHILCUTT was on the Premises, private security personnel assigned to the Courthouse observed, by physical inspection and viewing of surveillance video, damage to the interior and exterior of the Courthouse, including broken glass.  The private security personnel observed CHILCUTT inside the Courthouse, made contact with CHILCUTT inside the Courthouse, and called 911.

10.     At approximately 10:00 a.m., law enforcement officers with the Fort Lauderdale Police Department ("FLPD") arrived at the Premises and entered the Courthouse.  Upon entering the Courthouse, FLPD officers observed CHILCUTT inside the Courthouse.  FPLD detained and arrested CHILCUTT based on probable cause of burglary.

11.     Upon being taken into custody, FLPD officers observed small cuts on CHILCUTT's back, consistent with the broken glass found throughout the Courthouse.

12.     While in custody, CHILCUTT was advised of his Miranda rights, waived his right to remain silent, and made incriminating statements referencing that CHILCUTT had been inside the Courthouse.

13.     Following CHILCUTT's arrest by FLPD, law enforcement performed a protective sweep of the interior and exterior of the Courthouse, including the use of canine units, and found no other unauthorized persons on the Premises.

14.     Law enforcement took the following photographs, among others, of some of the damage and destruction to United States property at the Premises on September 5, 2022:









15.     According to the General Services Administration, the Federal agency responsible for property management of the Courthouse, the damage and destruction to United States property at the Premises on September 5, 2022, is greater than $1,000.

**CONCLUSION**

16.     Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that on or about September 5, 2022, in Broward County, in the Southern District of Florida, MATTHEW LEON CHILCUTT, did violate Title 18, United States Code, Section 1361 (destruction of United States property).

**FURTHER AFFIANT SAYETH NAUGHT.**

ANTONIO D. BLACK
Inspector
Federal Protective Service
U.S. Department of Homeland Security

Sworn to and subscribed telephonically this _6_ day of September 2022.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE