# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. *22-6428-Hunt*

UNITED STATES OF AMERICA

vs.

MATTHEW LEON CHILCUTT,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     NO.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     NO.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *David A. Snider*
_____
DAVID A. SNIDER
Assistant United States Attorney
Court ID No. A5502260
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5696
Fax: (954) 356-7336
Email: david.snider@usdoj.gov